In the Matter of the Goods, Chattels and Credits of JOHN WAACK, Deceased.

(Argued December 2, 1889; decided December 17, 1889.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of May, 1889, which reversed an order of the surrogate of Rensselaer county, vacating and setting aside a decree made by him.

*H. M. Gescheidt* for appellant.

*Henry A. King* for respondent.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.